APPEARANCE

## United States Bankruptcy Court

For the Northern District of Illinois

In re ROBERT J. PRUIM and
ATHENA M. PRUIM, Debtor(s)

Case No. 10-00888

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Centrue Bank

321 W. Main St.

Ottawa, IL 61350

| John T. Hundley | The Sharp Law Firm, P.C. |
|---|---|
| Print Name on this Line | Firm Name |
| | FIRM ID NUMBER:  11095 |
| Signature | 1115 Harrison St. - P.O. Box 906 |
| ATTORNEY ID NUMBER  3123403 | Street Address |
| | Mt. Vernon,   IL   62864 |
| | City   State   Zip |
| | Telephone   618-242-0246 |

Trial Attorneys*

John T. Hundley
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:   January 19, 2010

TYPE OF DEFENSE COUNSEL:

CJA   ,RETAINED   ,SELF   ,NONE OTHER   ,PUB DEF

FOR OFFICE USE ONLY:

Party Code: P   D   TP

## CERTIFICATE OF SERVICE

  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing document is being electronically filed through the Court's Electronic Case Filing System this date, which automatically results in a true and correct copy being served electronically upon:

  John E. Gierum

  David R. Brown, Trustee

  United States Trustee


January 19, 2010             By    /s/ Linda  Kennedy
                            Linda  Kennedy


THE SHARP LAW FIRM, P.C.
1115 Harrison Street
P.O. Box 906
Mt. Vernon, IL 62864
(618) 242-0246


Linda\centruebank\southcreekdevelopment\pruimbk\appearance